**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**MANUEL DEJESUS PEREZ ALVAREZ**                                       **PLAINTIFF**
**Reg# 99173-179**

**v.**                               **CASE NO. 4:17-CV-00731 BSM**

**USA, et al.**                                                        **DEFENDANTS**

**ORDER**

The partial recommended disposition [Doc. No. 16] submitted by United States Magistrate Judge Beth Deere has been received, and plaintiff Manuel Alvarez has filed his objections [Doc. No. 17]. After *de novo* review of the record, the partial recommended disposition is adopted in its entirety. Accordingly, Alvarez's claims against the Doe defendants are dismissed without prejudice. It is certified that an *in forma pauperis* appeal of this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 21st day of March 2018.


_____
UNITED STATES DISTRICT JUDGE