IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MANUEL DEJESUS PEREZ ALVAREZ**                                   **PLAINTIFF**
**Reg# 99173-179**

v.                 **CASE NO. 4:17-CV-00731 BSM**

**USA, et al.**                                                                  **DEFENDANTS**

## ORDER

The partial recommended disposition [Doc. No. 26] submitted by United States Magistrate Judge Beth Deere has been received. No objections have been filed. After careful review of the record, the partial recommended disposition is adopted in its entirety. Accordingly, defendant Correct Care Solutions's ("CCS") motion for summary judgment [Doc. No. 7] is granted in part and denied in part: Alvarez's *Bivens* and FTCA claims against CCS are dismissed with prejudice; Alvarez's state law claims against CCS for medical care he received at Forrest City Medium FCI are dismissed with prejudice; and his state law claims for medical care he received at Beaumont Medium FCI may proceed.

IT IS SO ORDERED this 12th day of April 2018.

_____
UNITED STATES DISTRICT JUDGE