IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MANUEL DEJESUS PEREZ ALVAREZ**                                        **PLAINTIFF**
**Reg# 99173-179**

**v.**                  **CASE NO. 4:17-CV-00731 BSM**

**USA, et al.**                                                                      **DEFENDANTS**

## **ORDER**

The partial recommended disposition [Doc. No. 37] submitted by United States Magistrate Judge Beth Deere has been received. No objections have been filed. After careful review of the record, the partial recommended disposition is adopted in its entirety. Accordingly, defendants Beasley's and Jones's motion for summary judgment [Doc. No. 22] is granted, and they are dismissed without prejudice. Defendant Correct Care Solution's motion for summary judgment [Doc. No. 31] is denied.

IT IS SO ORDERED this 3rd day of August 2018.

                                                                 _/s/ Brian S. Miller_
                                                                 UNITED STATES DISTRICT JUDGE