# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MANUEL DEJESUS PEREZ ALVAREZ**　　　　　　　　　　**PLAINTIFF**
**Reg #99173-179**

v.　　　　　　**CASE NO. 4:17-CV-00731 BSM**

**UNITED STATES, et al.**　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

After *de novo* review of the entire record, including Manuel Alvarez's objections, United States Magistrate Judge Beth Deere's recommended disposition [Doc. No. 48] is adopted, the United States's motion for summary judgment [Doc. No. 42] is granted, Alvarez's motion to appoint an expert [Doc. No. 50] is denied as moot, Correct Care Solutions, LLC's ("CCS") motion to dismiss [Doc. No. 40] is granted, and Alvarez's claims against CCS are dismissed without prejudice, s*ee* 28 U.S.C. § 1367(c).

IT IS SO ORDERED this 4th day of April 2019.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE